**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAUNELLY TABIO,**

       **Plaintiff,**

**v.**                                            **Case No:**   **6:20-cv-1749-Orl-31EJK**

**HF MANAGEMENT SERVICES,**
**LLC and HEALTH FIRST INC.,**

       **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Dismissal Without Prejudice (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED without prejudice**, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 13, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties